UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GARY LAVEL THOMAS,

    Petitioner,

v.                                              CASE NO. 6:05-cv-922-Orl-19DAB
                                                                 (6:03-cr-65-Orl-19JGG)

UNITED STATES OF AMERICA,

    Respondent.

_____

<u>**ORDER**</u>

This case is before the Court on the following motion:

1.   Petitioner's Notice of Appeal is construed as a request for a certificate of appealability (Doc. No. 14, filed December 8, 2006).  *See Edwards v. United States*, 114 F.3d 1083, 1084 (11th Cir. 1997).  This Court should grant an application for certificate of appealability only if Petitioner makes "a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  Petitioner has failed to make a substantial showing of the denial of a constitutional right, and the request for a certificate of appealability must be **DENIED**.

    **DONE AND ORDERED** at Orlando, Florida, this __11th__ day of December, 2006.

*/s/ Patricia C. Fawsett*
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sc 12/11
Counsel of Record
Gary Lavel Thomas